# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0052. CAT DADDY CORNER CONDOMINIUM ASSOCIATION, INC. v. LA MARA II, INC., d/b/a LOS ARCOS, et al.**

Cat Daddy Corner Condominium Association, Inc. (the "Association") filed an application for interlocutory appeal from a single order entered in two cases filed in the trial court. One of the cases was filed in 2016, and the other was filed in 2018. The two cases were not consolidated below but are related cases. On October 23, 2018, we dismissed this application on the ground that it was superfluous due to the notice of appeal filed in the 2018 case. The Association filed a motion for reconsideration of this Court's order, and having considered the arguments raised therein, we hereby VACATE our order of October 23, 2018, and REINSTATE and GRANT the application.

The Association shall have ten days from the date of this order to file a notice of appeal in the trial court in the 2016 case. If it has already filed a notice of appeal in that case from the order at issue here, it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,  12/05/2018*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*